AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SILVIA E., <br> *Plaintiff* <br> v. <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br> *Defendant* | Civil Action No. 1:22-cv-3008-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 15, is GRANTED.
The Commissioner's Motion for Summary Judgment, ECF No. 16, is DENIED.
The decision of the ALJ is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for immediate calculation and award of benefits.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on motions for summary judgment.

Date: July 12, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore